**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VALENTIN REID, *on behalf of himself and all others similarly situated*,

                Plaintiff,

– against –

ITALIANTOUCH USA, INC.,

                Defendant.

**ORDER**

19 Civ. 7970 (ER)

RAMOS, D.J.:

      The conference currently scheduled for January 10, 2020 is hereby cancelled. The Court is in receipt of ItalianTouch USA, Inc.'s letter seeking permission to file a motion to dismiss. Doc. 11. The Court grants leave to file the motion. The briefing schedule is as follows: the motion is due January 31, 2020; the response is due February 28, 2020; and the reply is due March 13, 2020.

SO ORDERED.

Dated:   January 3, 2020
           New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.